UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felicia Vasquez,<br><br>    Plaintiff,<br><br>    v.<br><br>Mobile Americana Properties, LLC, and Scandia Sports, Inc.,<br><br>    Defendants. | Case No.: 2:22-cv-01206-CKD<br><br>[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (LR. 144(A)) |

    Based on the Parties' Joint Stipulation to Extend the Time to Respond to Plaintiff's Complaint by Not More Than 28 Days,

    IT IS HEREBY ORDERED that the deadline to file Defendants' responsive pleading is extended until August 31, 2022.

Dated:  August 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.vasq22cv1206.36stip