Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felicia Vasquez,  Plaintiff, v. Mobile Americana Properties, LLC, et al., Defendants. | Case No. 2:22-cv-01206-CKD  **NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 160, plaintiff Felicia Vasquez hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 30 days from today's date.

Respectfully submitted,

Dated: August 31, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Bryce Fick
Attorneys for Plaintiff