| | |
|---|---|
| Felicia Vasquez,<br><br>    Plaintiff,<br><br>  v.<br><br>Mobile Americana Properties, LLC, and Scandia Sports, Inc.,<br><br>    Defendants. | Case No. 2:22-cv-01206-CKD<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

## ORDER

Having read the Parties' Stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. The deadline to file dispositional documents in this action hereby is extended from September 30, 2022 to October 14, 2022.

**IT IS SO ORDERED.**

Dated:  September 29, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.vasq1206.eot

1

[PROPOSED] ORDER RE STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS